BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:01-mj-00083-EFB |
| ) | |
| Plaintiff,   ) | [~~Proposed~~] ORDER DECLARING |
| ) | FORFEITURE OF BOND AND |
| v.   ) | SCHEDULING FURTHER PROCEEDINGS |
| ) | |
| TYRONE DELONEY,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |
| _____ ) | |

WHEREFORE, the defendant Tyrone Deloney was released from custody in this case on a $2,000 bond deposited by Shea A. Esmond;

WHEREFORE, the defendant was released on the condition that he appear in the Central District of California;

WHEREFORE, the defendant Tyrone Deloney failed to appear in the Central District of California as ordered in this Court on April 24, 2001;

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that:

1)   Pursuant to Title 18, United States Code, Section 3146(d), and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the

1

appearance bond in this case of $2,000 cash, is ordered FORFEITED; and

    2)   Pursuant to Rule 46(f)(3)(B) and (C), the Clerk of the Court is directed to serve a copy of this Order and of the Government's Motion pursuant to Rule 46(f) for an Order Declaring the Bond Forfeited on the following person and address:

    Shea A. Esmond
    61 Churchill Street
    Stockton, CA  95204

and

    3)   A status conference on forfeiture of the bond and further proceedings in this matter is scheduled for January 11, 2016, at 10:00 a.m., in Courtroom #8, 13th floor, 501 I Street, Sacramento, California.

Dated: December 15, 2015

                                          HONORABLE EDMUND F. BRENNAN
                                          United States Magistrate Judge