BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:01-mj-00083-EFB |
| )  Plaintiff,  ) | [~~Proposed~~] ORDER CONFIRMING FORFEITURE OF BOND |
| v.  ) | |
| TYRONE DELONEY,  ) | |
| Defendant.  ) | |

    WHEREFORE, the defendant Tyrone Deloney was released from custody in this case on a $2,000 bond deposited by Shea A. Esmond;

    WHEREFORE, the defendant was released on the condition that he appear in the Central District of California;

    WHEREFORE, the defendant Tyrone Deloney failed to appear in the Central District of California as ordered in this Court on April 24, 2001;

    WHEREFORE, the Court held a status conference on the forfeiture of the bond on January 11, 2016 at 2:00 p.m.  Linda Allison appeared on behalf of the defendant.  No appearance was made by the surety.

/////

1  WHEREFORE, on December 16, 2015, the Clerk of the Court served the surety with notice of the January 11, 2016 hearing.  This notice was not returned;

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that:

1)   Pursuant to Title 18, United States Code, Section 3146(d), and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the Court confirms its December 16, 2015 Order (Dkt. 9) that the appearance bond in this case of $2,000 cash, is FORFEITED; and

2)   There is no reason to set aside the bail forfeiture in this case pursuant to Rule 46(f).

Dated: January 11, 2016

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

2